UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:09-CR- |
| | ) | |
| ANDREW JAY MCGRATH, | ) | 1:09-cr-0169 WTL-KPF |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### INTRODUCTION

The Grand Jury charges that:

At all times relevant to each Count of this Indictment:

1. The term "minor" was defined as set forth in Title 18, United States Code, Section 2256(1), as any person under the age of eighteen years.

2. The term "sexually explicit conduct" was defined as set forth in Title 18, United States Code, Section 2256(2), as including actual or simulated: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal; masturbation; lascivious exhibition of the genitals or pubic area of any person; and sadistic or masochistic abuse.

3. The term "visual depiction" was defined as set forth in Title 18, United States Code, Section 2256(5), as including data stored on a computer disk or by electronic means which is capable of conversion into a visual image.

4. As used in this Indictment, the names "Jane Doe 1," "Jane Doe 2," "Jane Doe 3"

and "Jane Doe 4" are the pseudonyms of four minor females whose identities are known, each of whom was less than twelve (12) years of age when the below criminal acts were committed.

The Grand Jury charges that:

### Counts 1 - 24
### (Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)

5. On or about the dates listed below in each separate Count, within the Southern District of Indiana, the defendant, ANDREW JAY MCGRATH, did employ, use, persuade, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did produce the visual depiction(s) using materials that have been mailed, shipped, and transported in interstate or foreign commerce by any means, to wit:

| Count | Date of Offense | Minor | Digital File Name(s) |
|---|---|---|---|
| 1 | On or about June 6, 2008 | Jane Doe 1 | DSC_0687.jpg<br>DSC_0688.jpg<br>DSC_0689.jpg<br>DSC_0690.jpg<br>DSC_0691.jpg<br>DSC_0696.jpg<br>DSC_0698.jpg<br>DSC_0699.jpg<br>DSC_0706.jpg<br>DSC_0707.jpg |
| 2 | On or about May 1, 2009 | Jane Doe 1 | DSC_0512.jpg<br>DSC_0513.jpg<br>DSC_0514.jpg |

| | | | |
|---|---|---|---|
| 3 | On or about May 23, 2009 | Jane Doe 1 | DSC_0535.jpg<br>DSC_0536.jpg<br>DSC_0537.jpg<br>DSC_0538.jpg<br>DSC_0539.jpg<br>DSC_0551.jpg<br>DSC_0552.jpg |
| 4 | On or about August 23, 2009 | Jane Doe 1 | DSC_0556.jpg<br>DSC_0557.jpg<br>DSC_0558.jpg<br>DSC_0559.jpg<br>DSC_0560.jpg<br>DSC_0561.jpg<br>DSC_0562.jpg<br>DSC_0563.jpg<br>DSC_0564.jpg |
| 5 | On or about June 1, 2007 to August 31, 2008 | Jane Doe 2 | 101_5005.MOV |
| 6 | In or about 2007 | Jane Doe 2 | 102_5196.MOV |
| 7 | On or about October 6, 2007 | Jane Doe 2 | DSC_0213.jpg<br>DSC_0214.jpg<br>DSC_0215.jpg<br>DSC_0217.jpg |
| 8 | On or about May 24, 2008 | Jane Doe 2 | 100_5084.MOV<br>100_5087.MOV<br>DSC_0584.jpg<br>DSC_0585.jpg<br>DSC_0586.jpg<br>DSC_0587.jpg<br>DSC_0592.jpg<br>DSC_0593.jpg<br>DSC_0594.jpg<br>DSC_0596.jpg |

| | | | |
|---|---|---|---|
| 9 | On or about February 21, 2009 | Jane Doe 2 | DSC_0314.jpg<br>DSC_0315.jpg<br>DSC_0316.jpg<br>DSC_0317.jpg<br>DSC_0333.jpg<br>DSC_0334.jpg |
| 10 | On or about July 3, 2009 | Jane Doe 2 | DSC_1195.jpg<br>DSC_1196.jpg<br>DSC_1197.jpg<br>DSC_1198.jpg |
| 11 | In or about July 2005 to January 2006 | Jane Doe 3 | 100_3589.MOV<br>100_3590.MOV |
| 12 | In or about July 2005 to April 2006 | Jane Doe 3 | 101_5022.MOV |
| 13 | On or about August 28, 2005 | Jane Doe 3 | 101_1038.jpg<br>101_1041.jpg |
| 14 | On or about September 24, 2005 | Jane Doe 3 | 000_0078.jpg<br>000_0093.jpg<br>000_0095.jpg<br>000_0099.jpg<br>000_0101.jpg |
| 15 | On or about October 21, 2005 | Jane Doe 3 | 100_1409.jpg |
| 16 | In or about 2006 | Jane Doe 3 | 100_2972.jpg<br>100_2992.jpg |
| 17 | In or about December 2006 to December 2008 | Jane Doe 3 | 103_5025.MOV |
| 18 | In or about September 2007 to August 2008 | Jane Doe 3 | 100_5091.MOV<br>100_5092.MOV |
| 19 | On or about October 6, 2007 | Jane Doe 3 | DSC_0235.jpg<br>DSC_0236.jpg<br>DSC_0237.jpg<br>DSC_0238.jpg |

| 20 | In or about May 2008 to September 2008 | Jane Doe 3 | 102_5147.MOV |
|---|---|---|---|
| 21 | On or about August 5, 2008 | Jane Doe 3 | DSC_0390.jpg<br>DSC_0391.jpg<br>DSC_0393.jpg<br>DSC_0394.jpg<br>DSC_0395.jpg<br>DSC_0397.jpg<br>DSC_0399.jpg |
| 22 | On or about November 22, 2008 | Jane Doe 3 | DSC_0924.jpg<br>DSC_0927.jpg<br>DSC_0928.jpg<br>DSC_0929.jpg<br>DSC_0936.jpg<br>DSC_0937.jpg<br>DSC_0942.jpg<br>DSC_0943.jpg<br>DSC_0974.jpg |
| 23 | On or about July 3, 2009 | Jane Doe 3 | DSC_1188.jpg<br>DSC_1189.jpg<br>DSC_1190.jpg<br>DSC_1191.jpg |
| 24 | In or about 2007 | Jane Doe 4 | 101_5140.MOV |

Each Count of which is a separate violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges that:

## Count 25
**(Obtaining of Custody or Control of a Minor to Produce Sexually Explicit Images)**

6. On or about August 20, 2009, to August 23, 2009, within the Southern District of Indiana, the defendant, ANDREW JAY MCGRATH, did offer to obtain and did obtain custody or control of a minor, to wit: Jane Doe 1, with knowledge that, as a consequence of the obtaining of custody or control, the minor will be portrayed in a visual depiction engaging in sexually explicit conduct, and such offer was communicated using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251A(b) and (c).

The Grand Jury further charges that:

## Count 26
### (Possession of Child Pornography)

7. On or about September 14, 2009, within the Southern District of Indiana, the defendant, ANDREW JAY MCGRATH, did knowingly possess one or more books, magazines, periodicals, films, video tapes, and other matter which contained any visual depiction that had been mailed, shipped, and transported using any means or facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, and which was produced using materials which had been so mailed, shipped, and transported, by any means including by computer, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, that is: ANDREW JAY MCGRATH knowingly possessed computers, computer storage media and digital storage media that contained one or more visual depictions of minors under the age of 18 years engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), including the following computer files:

   i.   Each and all of the image and video files named in Counts 1-24 listed above;

   ii   holly-7.jpg;

   iii  janet_pics_2yo[2374].rar--janet_pics_2yo--janet-007F.jpg;

   iv.  janet_pics_2yo[2374].rar--janet_pics_2yo--janet.jpg;

   v.   janet_pics_2yo[2374].rar--janet_pics_2yo--janet-22F.jpg;

   vi.  toddler's_pussy[2306].rar--toddler pussy--img20050910170458.jpg;

    vii.    toddler's_pussy[2306].rar--toddler pussy--img20050910175400.jpg;

    viii.    toddler's_pussy[2306].rar--toddler pussy--img20050910170224.jpg;

    ix.    toddler's_pussy[2306].rar--toddler pussy--img20050910172202.jpg;

    x.    toddler's_pussy[2306].rar--toddler pussy--img20050910173718.jpg;

All of which is a violation of Title 18, United States Code, Sections 2252(a)(4) and (b)(2).

## FORFEITURE
## 18 U.S.C. § 2253

8. The allegations in Counts 1 through 26 of this Indictment are re-alleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to pursue forfeiture of property pursuant to Title 18, United States Code, Section 2253 as part of any sentence imposed herein.

9. If convicted of one or more of the offenses set forth in Counts 1 through 26, the defendant, ANDREW JAY MCGRATH, shall forfeit to the United States the defendant's interest in: 1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; 2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from

offense(s) of which the defendant is convicted; and 3) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense of which the defendant is convicted, or any property traceable to such property.

A TRUE BILL:

FOREPERSON

TIMOTHY M. MORRISON
United States Attorney

by: _____
A. Brant Cook
Assistant United States Attorney